COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause Number:       01-14-00694-CV

Trial Court Cause
Number:       13-DCV-204732

Style:       Diogu Kalu Diogu II

       **v** Yaowapa Ratan-Aporn

Date motion filed*:       September 23, 2015

Type of motion:       Appellant's Amended Motion for Rehearing and En Banc Reconsideration

Party filing motion:       Appellant Diogu Kalu Diogu II

Document to be filed:       n/a

Is appeal accelerated? ☐ YES   ☒ NO

Ordered that motion is:

    ☐ Granted

    ☒ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: /s/ Sherry Radack
       ☐ Acting individually   ☒ Acting for the Court

Panel consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd

Date: November 17, 2015